NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

United States of America

    v.                                                                                Case No. 2:25-cr-17-1

Richard Vardenski

TAKE NOTICE that the above-entitled case has been scheduled at 02:30 p.m. on Wednesday, April 09, 2025 in Rutland, Vermont, before the Honorable Mary Kay Lanthier, District Judge, for an Initial Appearance and Arraignment.

Location: Main Courtroom, 2nd Floor                    JEFFREY S. EATON, Clerk
                                                                                   By: */s/ Jessica Millington*
                                                                                   Deputy Clerk
                                                                                    4/3/2025

TO:

Thomas J. Aliberti, AUSA

Evan Barquist, Esq.
Federal Public Defender's Office

Sunnie Donath, Court Reporter